UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID RAMOS,

                Petitioner,

    -against-

LETITIA JAMES,

                Respondent.

21-CV-7881 (CS)

ORDER

CATHY SEIBEL, United States District Judge:

    The Clerk of Court is respectfully directed to update Plaintiff's address to 25 Chester Street, Mount Vernon, NY 10552, and to send Plaintiff a copy of ECF No. 7 and this Order.

SO ORDERED.

Dated:  September 6, 2024
           White Plains, New York

_____
CATHY SEIBEL
United States District Judge