

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

_Washington, D.C. 20530_

March 6, 2025

By ECF
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: _Ramos v. Bondi_, 7:21-cv-07881-CS (SDNY)

Dear Judge Seibel:

Respondent Attorney General Pamela Bondi, sued in her official capacity as the United States Attorney General ("Respondent"),[1] writes pursuant to section 2.A. of the Court's Individual Rules of Practice to request that the Court waive the requirement for a pre-motion conference concerning Respondent's Motion for a Protective Order. _See_ Dkt. No. 25. The Protective Order's terms authorize Respondent to produce to Petitioner information that otherwise would be prohibited from disclosure under the Privacy Act of 1974, 5 U.S.C. § 552a, and it includes Federal Rule of Evidence 502(d) clawback language to facilitate efficient production of documents. I attempted to confer with Petitioner by email regarding the Protective Order on March 6, 2025, but I have not received a response. A pre-motion conference regarding entry of the Protective Order is not necessary because Respondent cannot identify any issues in dispute regarding the Protective Order, and the Protective Order primarily protects the confidentiality of Petitioner's personally identifiable information. Thus, Respondent respectfully requests that the Court enter the Protective Order without a pre-motion conference.

Respectfully,

_/s/ Lindsay Vick_
LINDSAY VICK
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation

---

[1] Pamela Bondi is automatically substituted as the current United States Attorney General, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.