# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID RAMOS, | ) |
| | ) 7:21-CV-07881 (CS) |
| Petitioner, | ) |
| | ) [PROPOSED] CS |
| v. | ) ORDER FOR RELEASE OF |
| | ) MEDICAL RECORDS |
| TODD W. BLANCHE, | ) |
| ACTING U.S. ATTORNEY GENERAL, | ) HONORABLE CATHY SEIBEL |
| | ) UNITED STATES DISTRICT JUDGE |
| Respondent. | ) |
| | ) DUE WITHIN 14 DAYS OF |
| | ) RECEIPT |

Pursuant to Respondent's motion, the Court enters the following Order for production of Petitioner David Ramos's medical records.

**IT IS HEREBY ORDERED to MetalQuest, Inc.**

You are hereby authorized, directed, and ordered under all applicable laws to make available for examination and reproduction by the parties and their counsel denominated in this lawsuit any and all records of any type or nature whatsoever and/or any protected information within your care, custody, or in any manner concerning DAVID RAMOS (DOB: May 17, 1969. Additional identifying information: Medical record number: 574-193; Mother's Name: Maria M. Gonzalez; Father's Name: Jose B. Ramos; possible alternate medical record number: 647-104160).

**Said inspection and reproduction must occur no later than 14 calendar days from the entry of this order.** All clerical fees and expenses shall be paid by the attorney requesting such examination, reproduction, or interview. This Order

complies with all federal standards for privacy of individually identifiable health information, 45 C.F.R. Parts 160 and 164. This Order shall be effective throughout the pendency of this action.

SO ORDERED.

_____
THE HONORABLE CATHY SEIBEL
SENIOR UNITED STATES DISTRICT JUDGE

Dated: 6/30/26

White Plains, New York