**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID RAMOS,<br>Petitioner,<br><br>v.<br><br>TODD W. BLANCHE,<br>ACTING U.S. ATTORNEY GENERAL,<br>Respondent. | 7:21-CV-07881 (CS)<br><br>**[PROPOSED]**<br>**ORDER COMPELLING PETITIONER'S APPEARANCE AT AUGUST 28, 2026 DEPOSITION**<br><br>HONORABLE CATHY SEIBEL<br>UNITED STATES DISTRICT JUDGE |

Pursuant to Respondent's motion, Petitioner's response and Respondent's reply, and in the absence of assurance from Petitioner that he will appear, and because this order does not command more than the law already requires, and in the absence of any objection as to the scope of the subpoena, the Court enters the following Order compelling Mr. Ramos's Appearance at his August 28, 2026 deposition

**IT IS HEREBY ORDERED to Mr. David Ramos:**

1. **YOU ARE COMMANDED** to appear for a deposition at the U.S. Attorney's Office, Southern District of New York, 86 Chambers Street, 3rd Floor, New York, NY 10007, on August 28, 2026 at 1:00 PM EST.

2. **YOU MUST BRING WITH YOU** any documents, writings, recordings, etc. in your possession related to your birth or concerning David Ramos, Ely Manuel Gonzalez Mercedes, or Edwar Mercedes.

The Court further admonishes Mr. Ramos that he must comply with this order and that failure to comply with any part of this order may result in sanctions, including, for instance, adverse inferences against Mr. Ramos pursuant to Fed. R. Civ. P. 37(b)(2)(A), a matter

being deemed admitted under Fed. R. Civ. P. 36(a)(3), a prohibition from presenting certain information on a motion or at a hearing under Rule 37(c)(1), and dismissal in whole or in part under Fed. R. Civ. P. 37(b)(2)(A).

SO ORDERED.

Cathy Seibel

THE HONORABLE CATHY SEIBEL
SENIOR UNITED STATES DISTRICT JUDGE

The Clerk shall terminate ECF No. 63.

Dated: 8/5/26

White Plains, New York